UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-81250-ROSENBERG/BRANNON

DARREN NEWHART,

    Plaintiff,

v.

QUICKEN LOANS, INC. and
SETERUS, INC.,

    Defendants.
_____/

ORDER SETTING STATUS CONFERENCE, CALENDAR CALL,
AND TRIAL DATE AND ORDER OF REFERENCE TO MAGISTRATE

**PLEASE TAKE NOTICE** that the above-captioned cause is hereby set for **Trial** before the Honorable Robin L. Rosenberg, United States District Judge, at the United States District Court at 701 Clematis Street, Fourth Floor, Courtroom 2, West Palm Beach, Florida, during the **two-week trial period commencing September 12, 2016,** or as soon thereafter as the case may be called. **PLEASE TAKE FURTHER NOTICE** that a **Status Conference** will be held on **August 10, 2016 at 9:30 a.m.,** and a **Calendar Call** will be held on **September 7, 2016 at 9:00 a.m. Counsel may appear at the Status Conference and the Calendar Call via telephone but must file a notice of telephonic appearance at least one (1) day prior to the Status Conference or Calendar Call.** Instructions for appearing via telephone are as follows:

    Please call five (5) minutes prior to the Status Conference or Calendar Call at the number below.

    1.    *Toll-Free Number: 1 (877) 873-8018*

    2.    *Access Code: 9890482*

  *3. Security Code: 4008*

  Pursuant to 28 U.S.C. § 636(b)(l)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to United States Magistrate Judge Dave Lee Brannon to conduct a Pre-Trial Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. The purpose of this Pre-Trial Conference is to discuss: (1) possible consent to magistrate judge jurisdiction; (2) pretrial deadlines; (3) mediation and settlement conferences; and (4) discovery protocols. All counsel of record are required to attend this Conference, which will be noticed by Magistrate Judge Brannon. Following the Pre-Trial Conference, Judge Brannon shall issue a pre-trial scheduling order.

  **<u>Judge Brannon may modify the above-set trial date only if a motion for such relief is filed prior to the Pre-Trial Conference.</u>** After the Pre-Trial Conference has been held, any request to modify the trial date will be decided by the undersigned and will be considered only upon good cause shown.

  Counsel shall comply with the undersigned's rules as follows:

**1. <u>JURY TRIALS</u>**

  In addition to filing their proposed jury instructions with the Clerk (the date for filing the proposed jury instructions is set forth in the pre-trial scheduling order), the parties shall also submit A SINGLE JOINT SET of proposed jury instructions and verdict form in Word format directly to <u>Rosenberg@flsd.uscourts.gov</u>. To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which their instruction is modeled. All other instructions shall include citations to relevant supporting case law.

The parties need not agree on the proposed language of each instruction or question on the verdict form. Where the parties do agree on a proposed instruction or question, that instruction or question shall be set forth in Times New Roman 14 point typeface. Instructions and questions proposed only by the plaintiff(s) to which the defendant(s) object shall be italicized. Instructions and questions proposed only by defendant(s) to which plaintiff(s) object shall be bold-faced. Each jury instruction shall be typed on a separate page and, except for Eleventh Circuit Pattern instructions clearly identified as such, must be supported by citations to authority. In preparing the requested jury instructions, the parties shall use as a guide the Pattern Jury Instructions for civil cases approved by the Eleventh Circuit, including the directions to counsel contained therein.

2. **BENCH TRIALS**

An additional copy of all proposed Findings of Fact and Conclusions of Law (the date for filing the proposed Findings of Fact and Conclusion of Law is set forth in the pre-trial scheduling order) shall be sent in Word format to the chambers e-mail account listed above. Proposed Conclusions of Law must be supported by citations to authority.

3. **EXHIBIT AND WITNESS LISTS**

Counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits (the date for filing the proposed witnesses and/or exhibit lists is set forth in the pre-trial scheduling order). All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted prior to trial. The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office.

**4. HEARINGS**

The Court will review *sua sponte* any motions (other than those referred to the Magistrate Judge) and determine which motions are appropriate for a hearing. Hearings usually are conducted from Monday through Friday beginning at 8:30 a.m., and are conducted for 15 minutes, unless the Court determines that more time is needed based on such factors as the complexity of the issues, the number of motions, or whether the hearing is evidentiary in nature. Counsel is allowed to appear in person or via telephone. In order to appear via telephone, counsel must file a notice of telephonic appearance, as set forth in the Order Setting Hearing, at least one (1) day prior to the hearing. The Court will endeavor to give to the parties as much notice of the scheduled hearing as possible, but, at times, notice may be within a week of the hearing. The Court's *sua sponte* setting of hearings on motions does not preclude the parties from requesting oral argument, as appropriate, on filed motions.

**5. REFERRAL OF CERTAIN PRE-TRIAL MOTIONS**

Pursuant to 28 U.S.C. § 636(b)(l)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Dave Lee Brannon for appropriate disposition of all *pro hac vice* motions, motions to substitute counsel, and pre-trial motions related to discovery.

**6. COURTESY COPIES**

Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the **Clerk's Office** all motions exceeding twenty-five pages. This copy shall be bound and any attachments and/or appendices must be indexed with tabs.

### 7. PROPOSED ORDERS

Pursuant to the CM/ECF Administrative Procedures, counsel shall send proposed orders in <u>Word format</u> for all motions to be decided by the undersigned directly to Rosenberg@flsd.uscourts.gov.[1]

### 8. PRE-TRIAL STIPULATION

The Joint Pretrial Stipulation shall conform to S.D. Fla. L.R. 16.1(e). The Court will not accept unilateral pretrial stipulations, and will strike *sua sponte* any such submissions. Should any of the parties fail to cooperate in preparing the Joint Pretrial Stipulation, all other parties shall file a certification with the Court stating the circumstances. Upon receipt of such certification, the Court will issue an order requiring the non-cooperating party or parties to show cause why such party or parties (and their respective attorneys) should not be held in contempt for failure to comply with the Court's order. The pretrial disclosures and objections required under Fed. R. Civ. P. 26(a)(3) should be served, but not filed with the Clerk's Office, as the same information is required to be attached to the parties' Joint Pretrial Stipulation. A Motion to Continue Trial shall not stay the requirement for the filing of a Pretrial Stipulation.

### 9. NON-COMPLIANCE WITH THIS ORDER

Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

### 10. SETTLEMENT

If the case is settled, counsel shall promptly inform the Court by calling the chambers of U.S. District Judge Robin L. Rosenberg at (772) 467-2340 and, within 10 days of notification of

---

[1] This does not apply to motions that will be decided by Magistrate Judge Brannon.

settlement to the Court, submit an appropriate Motion or Stipulation and proposed order for dismissal, pursuant to Federal Rule of Civil Procedure 41(a). The parties shall attend all hearings and abide by all time requirements unless and until an order of dismissal is filed.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 22nd day of September, 2015.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE