UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-81250-Civ-Rosenberg/Brannon

DARREN NEWHART,

      Plaintiff,

v.

QUICKEN LOANS, INC., and
SETERUS, INC.,

      Defendants.

_____/

**PRETRIAL SCHEDULING ORDER**
**AND ORDER REFERRING CASE TO MEDIATION**

THIS CAUSE is before the Court following a Scheduling Conference that took place before the undersigned U.S. Magistrate Judge.   In accordance with this Scheduling Conference and pursuant to S.D. Fla. L. R. 16.1(b), the Court ORDERS the following:

1.     **Trial:**  This case is presently set for trial before U.S. District Judge Robin L. Rosenberg during the two-week trial period commencing September 12, 2016.

2.     **Consent to U.S. Magistrate Judge Jurisdiction:**  This Court has advised the parties of the opportunity to consent to a specially set trial before a U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c).  A fully executed consent form should be filed within 30 days from this Order's date if the parties wish to consent to trial before a U.S. Magistrate Judge.  A sample form is attached as Appendix A to this Scheduling Order.

3.     **Pretrial Discovery:**  Pretrial discovery shall be conducted in accordance with S.D. Fla. L.R. 16.1 and 26.1, and the Federal Rules of Civil Procedure.  The parties shall also

1

review and abide by the undersigned's standing discovery procedure, which will be set forth by separate order.

    **4.**     <u>**Motions to Continue Trial:**</u>  A Motion to Continue Trial shall not stay any pre-trial deadlines.

    **5.**     <u>**Non-compliance with this Order:**</u>  Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal.  It is the duty of all counsel to enforce the timetable set forth herein in order to ensure an expeditious resolution of this cause.

    **6.**     <u>**Pretrial Schedule:**</u>  The parties shall adhere to the following schedule, which shall not be modified absent compelling circumstances.

| | |
|---|---|
| October 23, 2015 | Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier). |
| December 16, 2016 | Joinder of Additional Parties and Amend Pleadings. |
| January 26, 2016 | Any motions for class certification shall be filed. |
| February 26, 2016 | Plaintiff shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify.   Plaintiff shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, Plaintiff shall make its experts available for deposition by Defendant.  The experts' deposition may be conducted without further Court order. |
| March 28, 2016 | Defendant shall provide opposing counsel with a written list with the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. Defendant shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. |

Civ. P. 26(a)(2). Within the 30 day period following this disclosure, Defendant shall make its experts available for deposition by Plaintiff. The experts' deposition may be conducted without further Court order.

Note: The above provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers.

| | |
|---|---|
| April 26, 2016 | All discovery shall be completed. |
| May 26, 2016 | All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed. |
| July 14, 2016 | Mediation or settlement conference must be completed. |
| August 8, 2016 | Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists. |
| August 29, 2016 | Objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances. |
| September 5, 2016 | Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. |

7.   **Order Referring Case to Mediation:**  Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

a.   Mediation shall be completed by the deadline set forth above;

b.   The parties shall, within fourteen (14) days of the date of this Order, agree upon a mediator and file a Notice of Mediator Selection with the Court. If the parties are unable to agree to the mediator, they shall ask the Clerk of Court to designate a mediator from the list of certified mediators on a blind random basis;

c.   Plaintiff's counsel shall be responsible for scheduling the mediation conference for a date and location that is agreeable to the mediator and all counsel of record; and

d.   Within seven (7) days of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof.

3

The parties are advised of the option of having a Settlement Conference before the undersigned Magistrate Judge after they have pursued the above Court-ordered mediation. Should the mediation prove unsuccessful and should the parties thereafter elect to have a Settlement Conference, then the parties shall file a motion with the District Judge requesting an Order of Reference for Settlement Conference.  Upon receipt of the referral order, this Court will issue an order setting forth the date, time, place, and procedures for the Settlement Conference.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 9th day of October, 2015.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

## APPENDIX A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE
### BY A U.S. MAGISTRATE JUDGE

Counsel shall review this notice with their client(s) before executing their notice of consent to trial before a U.S. Magistrate Judge.

Under 28 U.S.C. §636(c), a U.S. Magistrate Judge may, upon the consent of all the parties in a civil case, conduct all proceedings, including a trial and all post-judgment proceedings.  A consent form is attached and is also available from the Clerk of the Court.

You have a right to trial by a U.S. District Judge.  Your decision to consent to the referral of your case to a U.S. Magistrate Judge for disposition is entirely voluntary on your part; your lawyer cannot make this decision for you.  You may, without adverse substantive consequences, withhold your consent, but this will prevent the Court's jurisdiction from being exercised by a Magistrate Judge.  If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

Parties cannot withdraw their consent once given, although a District Judge may vacate a referral upon a showing of extraordinary circumstances by a party.  An appeal from a judgment entered by a Magistrate Judge shall be taken directly to the U.S. Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this District Court.

UNITED STATES DISTRICT OF FLORIDA
SOUTHERN DISTRICT OF FLORIDA

Case No. [                    ]-Civ-Rosenberg/Brannon

[                                        ],

      Plaintiff(s),

v.

[                                        ],

      Defendant(s).
_____/

NOTICE OF CONSENT TO EXERCISE OF
JURISDICTION BY A U.S. MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties in this case consent to have a U.S. Magistrate Judge conduct any and all proceedings in this case, the Parties consent to the exercise of jurisdiction by the Magistrate Judge over all further proceedings in this case, including trial and all post-judgment proceedings.

| Party | Signature | Date |
|-------|-----------|------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |