UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| DARREN NEWHART, on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 9:15-cv-81250- RLR ) |
| QUICKEN LOANS, INC., and SETERUS, INC. | ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff, by counsel, respectfully requests that the Court certify the following class of similarly situated persons:

> All persons in the United States to whom: (1) Quicken Loans made a call, (2) to a telephone number assigned to a cellular telephone service, and (3) were identified by Quicken Loans as a Fannie Mae Seterus HARP Qualified Lead from July 1, 2015 through the date of class certification.

Plaintiff incorporates and relies on his memorandum of law as support for certification of the proposed class.

### Request for Hearing

Plaintiff's Motion for Class Certification raises issues that can be more fully explained, in addition to the briefing, by the parties' counsel at oral argument.  Subject to the breadth of issues raised in response to Plaintiff's motion and the needs of the Court, Plaintiff anticipates that argument on the motion could be completed within a two hour hearing.  Pursuant to Local Rule 7.1(b), Plaintiff requests that the Court set a hearing for oral argument on his Motion for Class Certification.

Dated July 8, 2016

Respectfully submitted,

*/s/ James L. Kauffman*
James L. Kauffman (Fla. Bar No. 12915)
BAILEY & GLASSER, LLP
1054 31st Street, Suite 230
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 342-2103
Email: jkauffman@baileyglasser.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ James L. Kauffman*
James L. Kauffman