UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DARREN NEWHART, on behalf of
himself and others similarly situated,                    Case No.: 15-cv-81250-RLR

      Plaintiff,

v.

QUICKEN LOANS INC, and
SETERUS, INC.

      Defendants.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL
## OF DEFENDANT, SETERUS, INC. WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, Plaintiff, Darren Newhart ("Plaintiff"), and Defendant, Seterus, Inc. ("Seterus") (collectively, the "Parties") jointly stipulate to a Dismissal with Prejudice of this action with each Party to bear its own attorney's fees and costs except as otherwise agreed by the Parties. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. The effectiveness of this stipulation is conditioned on the Court's entry of an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

### Consent of Counsel for Plaintiff

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Seterus represents to the

Court that counsel for Plaintiff has authorized him to affix his electronic signature to this Joint

Stipulation for Final Order of Dismissal.


Dated:  September 19, 2016                              Respectfully submitted,

**SETERUS, INC.**                                      **DARREN NEWHART,**

/s/ Christopher P. Hahn                                /s/ James L. Kauffman
Christopher P. Hahn, Esq.                              James L. Kauffman, Esq.
Florida Bar No. 87577                                 Florida Bar No. 12915
MAURICE WUTSCHER LLP                                  BAILEY & GLASSER, LLP
333 SE 2nd Avenue, Suite 2000                    1054 31st Street, NW, Suite 230
Miami, FL 33131                                       Washington, DC 20007
*Counsel for Defendant, Seterus, Inc.*                *Counsel for Plaintiff,*
                                                      *Darren Newhart*



### Certificate of Service

    The undersigned hereby certifies that, on this **19th day of September, 2016**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

/s/Christopher P. Hahn



2