UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:15-CV-81250-ROSENBERG/BRANNON

DARREN NEWHART, on behalf of
himself and others similarly situated,

Plaintiff,

v.

QUICKEN LOANS INC, and
SETERUS, INC.

Defendants.
_____/

### ORDER DISMISSING DEFENDANT SETERUS, INC.

**THIS CAUSE** came before the Court upon the Joint Stipulation for Voluntary Dismissal of Defendant, Seterus, Inc., with Prejudice [DE 129]. In light of the Joint Stipulation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant Seterus, Inc. is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs except as otherwise agreed.

2. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED** as between Plaintiff and Defendant Seterus, Inc.

3. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 19th day of September, 2016.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record